# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| FELICIA YVETTE COLEMAN, ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV413-210 |
| GEORGIA DEPARTMENT OF ) CORRECTIONS, ) | |
| Defendant. ) | |

## ORDER

On February 10, 2014, defendant filed its motion to dismiss this employment discrimination action. (Doc. 9.) Plaintiff has never responded. By local rule, motions not responded to are deemed to be unopposed. S.D. Ga LR 7.5. As it appears that plaintiff has abandoned her case, she is ordered to **SHOW CAUSE** within 14 days why this case should not be dismissed for her failure to prosecute the matter. S.D. Ga LR 41(b).

**SO ORDERED** this 9th day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA